AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TYLER STARR BUCHANAN and<br>CHELSEA FAITH VICTORINO | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 19MJ03881 |

| Complaint for violation of Title 18, United States Code, Sections 1952(a)(3), 880 |||
|---|---|---|
| NAME OF MAGISTRATE JUDGE<br>HONORABLE PATRICK J. WALSH | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
| DATE OF OFFENSE<br>January 12, 2018 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COUNT ONE

[18 U.S.C. 1952(a)(3), 880]

On or about November 12, 2018, defendants, TYLER STARR BUCHANAN and CHELSEA FAITH VICTORINO, knowingly operated an extortion scheme, and have extorted at least $43,300 from three identified victims, as well as an unknown amount of extortion proceeds from at least 12 possible additional extortion victims.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED: (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT -- Matthew Parker<br><br>OFFICIAL TITLE<br>Special Agent – FBI |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>*Patrick J. Walsh* | DATE<br>September 16, 2019 |
|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA Jennifer Y. Chou (213) 894-6482    REC: DETENTION

# AFFIDAVIT

I, Matthew Parker, being duly sworn, declare and state as
follows:

## I.  INTRODUCTION

1.    I am a Special Agent ("SA") with the Federal Bureau of
Investigation (the "FBI"), and have been so employed since June
2001.  I have been assigned to several types of squads over the
course of my career including squads responsible for the
investigation of organized crime groups and violent gangs.  I am
currently assigned to the Violent Crimes Squad and the Long
Beach Resident Agency.  As an SA, I have participated in
numerous federal and state investigations involving violent
crimes, to include but not limited to extortion, kidnapping,
rape, murder, and murder for hire.  Through my participation in
these investigations, I have debriefed numerous defendants,
confidential informants, cooperating sources, and witnesses with
personal knowledge regarding various violent crime violations.

## II. PURPOSE OF AFFIDAVIT

2.    This affidavit is made in support of a criminal
complaint against Tyler Starr Buchanan, also known as "Thuler
O'Naill" ("BUCHANAN"), and Chelsea Faith Victorino ("VICTORINO")
for violations of 18 U.S.C. 1952(a)(3) (Use of an Interstate
Facility to Facilitate an Unlawful Activity), and 18 U.S.C. 880
(Receiving Proceeds of Extortion) (the "Subject Offenses").

3.    The facts set forth in this affidavit are based upon
my personal observations, my training and experience, and
information obtained from various law enforcement personnel and

1

witnesses.  This affidavit is intended to show merely that there
is sufficient probable cause for the requested complaint and
does not purport to set forth all of my knowledge of or
investigation into this matter.  Unless specifically indicated
otherwise, all conversations and statements described in this
affidavit are related in substance and in part only.

### III. **BACKGROUND ON RELOADIT**

4.    From my investigation and conversations with a law
enforcement point of contact at Blackhawk Network Incorporated
("Blackhawk"), the parent company of Reloadit, I know the
following:

a.    "Reloadit" is a service that offers users a way
of transferring money to a General Purpose Reloadable ("GPR")
card that can then be used like a debit card.

b.    A Reloadit user opens a virtual "safe" by signing
up for an account with a valid email address; no other
subscriber information is required to initiate a Reloadit
account.  An email address can create only one safe, and each
safe can be associated with only one email address.  Once a
Reloadit safe is created, an activation code and password is
generated and sent to the email of the safe owner.  The safe
owner uses the email address and password to access the safe.

c.    A Reloadit "pack" is a card that can be purchased
at a store.  Each Reloadit card features identification numbers
to track the card usage.  One of the identifiers is a unique 10-
digit number printed number on each Reloadit card.  This unique

2

number is hidden on the Reloadit card, under a surface that can be scratched off to reveal the 10-digit number.

> d.   A user can add the money loaded onto that "pack" by logging into his safe and entering the PIN from the back of the card; the value of the "pack" is then transferred to the user's Reloadit safe.  The user does not need physical possession of the Reloadit pack card; he can transfer money from the pack to his safe as long as he has the PIN number and amount loaded onto the Reloadit pack card.

> e.   To use the money that is in the safe, a user must obtain a GPR card and associate the GPR card to the safe.  A safe can have up to six GPR cards associated with it; the same GPR card can be associated with multiple safes.

> f.   While logged into a Reloadit safe account, the user can transfer money from the safe (which came from the Reloadit pack) to an associated GPR card.  The GPR card can then be used as a debit card in either online or in-store transactions.  Reloadit sends messages and communications about the account to the user via the subscriber email address.

### IV. SUMMARY OF THE INVESTIGATION

5.   The FBI is investigating an extortion scheme operated by BUCHANAN and VICTORINO, who have extorted at least $43,300 from three identified victims, as well as an unknown amount of extortion proceeds from at least 12 possible additional extortion victims.  The following is a summary of the extortion scheme and operation:

      a.    BUCHANAN and VICTORINO would post ads on Craigslist.org ("Craiglist") offering sexual or massage services, primarily targeting gay male customers.

      b.    Generally, the ads listed a phone number to contact for the offered service. Some ads instructed interested customers to text the listed number.

      c.    After a victim responded to one of these ads, the victim would receive text messages from a phone number controlled by BUCHANAN and VICTORINO. Over text message conversations, BUCHANAN and VICTORINO would then threaten to expose the victim's sexual interest and/or orientation unless the victim paid them extortion money.

      d.    Once a victim paid, the victim would receive text messages confirming payment and demanding more money.

      e.    BUCHANAN and VICTORINO demanded that the victims pay the extortion money in several ways, including ordering the victims to purchase Reloadit packs and then provide the packs' PIN numbers to BUCHANAN and VICTORINO. BUCHANAN and VICTORINO then transferred the Reloadit packs' money to Reloadit safes that they controlled, and transferred the funds to American Express cards that they used to purchase goods and services. BUCHANAN and VICTORINO also demanded the victims send money to UPS boxes via Federal Express ("FedEx"), as well as via bitcoin.

      f.    At all relevant times, BUCHANAN and VICTORINO were physically located in a different state from the victims. Specifically, BUCHANAN and VICTORINO were residing in Nevada,

Oregon, and/or Idaho, while the victims were located in California or Utah.

## V.  STATEMENT OF PROBABLE CAUSE

### A.  VICTIM 1

6.    In August 2018, FBI was contacted by an individual in Los Angeles, California, claiming to be a victim of this extortion scheme ("VICTIM 1").  VICTIM 1 is gay but not out, and he believes disclosure of his sexual orientation would hurt his reputation and harm him in other ways.  I have spoken with VICTIM 1 and conducted a consensual review of VICTIM 1's cell phone of the text messages that VICTIM 1 exchanged with the phone number believed to be used by BUCHANAN and/or VICTORINO. Since January 2018, BUCHANAN and VICTORINO have demanded, and VICTIM 1 has paid, approximately $21,700 to BUCHANAN and VICTORINO.

7.    According to VICTIM 1, on or about January 12, 2018, he responded to a Craigslist ad offering massages to gay men by texting the number provided in the advertisement, 801-641-6899 ("Subject Telephone 1"), which investigators believe is controlled by BUCHANAN and VICTORINO.

a.    I have obtained Craigslist records confirming that BUCHANAN posted this particular ad, using, which he paid for with an AmEx GPR card with account number ending in -0347 ("GPR Card 2").  BUCHANAN's Craigslist account information for this post includes the email address "shanemalloy845@gmail.com" and phone number 424-738-8308 ("Subject Telephone 2").  The IP

5

address information for this post indicates that BUCHANAN was located in the Seattle, Washington area when he posted the ad.

b. The user of Subject Telephone 1, believed to be BUCHANAN, responded to VICTIM 1, and they engaged in some text conversation relating to gay male sex. BUCHANAN sent VICTIM 1 a photo of an adult male's naked penis, and they discussed meeting for sex. BUCHANAN then texted the name of VICTIM 1's ex-wife (indicating that BUCHANAN had researched and identified VICTIM 1 as an individual whose sexual orientation was not public). BUCHANAN then threatened to expose VICTIM 1's sexual orientation unless VICTIM 1 paid extortion money, texting: "Either we can make a deal to erase this and it's over or we send this out then to the governor's office. Your choice how this goes, you have 5 minutes to reply."

c. BUCHANAN then demanded that VICTIM 1 pay $2,000 to prevent BUCHANAN from disclosing their prior text message conversation.

d. I have spoken with VICTIM 1, who told me that he agreed to pay the demanded extortion money because he was afraid that he could be prosecuted for solicitation if BUCHANAN and VICTORINO followed through on their threat to contact the governor's office. He also did not want his ex-wife and other family members to learn that he had responded to the Craigslist ad and engaged in attempted solicitation. Further, VICTIM 1 is a business entrepreneur in real estate and legal cannabis industries with colleagues and business partners who he describes as "conservative" and "macho," so he was also afraid

6

that disclosure of this information would ruin his reputation in business, cause associates to refuse to work with him, and thus result in financial harm.

e.   After VICTIM 1 texted that he agreed to pay, BUCHANAN texted these instructions: "Send here: The UPS Store 1056 Green Acres Rd, Eugene, Oregon 97408. Name: Tyler Buchanan. Use overnight shipping. Send tracking number.  Then done."

f.   Three days later, on January 15, 2018, Subject Telephone 1 texted VICTIM 1 that the payment was late and demanded that VICTIM 1 pay $100 each month until September. After some negotiation, Subject Telephone 1 agreed to a lump sum payment of $1,000 and instructed VICTIM 1 to send the money to the same address.  On or about January 18, 2018, VICTIM 1 sent the money to the UPS store on Green Acres Road in Eugene, Oregon (the "Eugene UPS Store").

g.   I have reviewed records from the Eugene UPS Store confirming that on September 22, 2017, BUCHANAN obtained a mailbox at the Eugene UPS Store, which he had until February 3, 2018.  On the Mailbox Service Agreement, BUCHANAN provided personal and contact information, including a copy of BUCHANAN's Nevada driver's license, and a phone number of 509-263-8645 ("Subject Telephone 3").

8.   Over the next two months, in response to extortion demands texted to VICTIM 1 from Subject Telephone 1, VICTIM 1 FedEx'ed multiple cash payments to "Tyler Buchanan" to various UPS stores in Oregon, including a payment of $200 on February

7

18, 2018, to a UPS store located at 740 NE 3rd Street, Suite 3, in Bend, Oregon 97701 (the "3rd Street UPS Store").

    a.   On or about October 18, 2018, I received records from the 3rd Street UPS Store regarding BUCHANAN.

    i.   From my review of these records, I learned that in March of 2018, BUCHANAN ordered business cards at the 3rd Street UPS Store and communicated with the store representative from email address "shanemalloy845@gmail.com", which is the same email address listed on the account he used to obtain the Craigslist post to which VICTIM 1 had responded.

    ii.  The records also indicate that between January 1, 2018, and March 31, 2018, BUCHANAN picked up mail addressed to "Tyler Buchanan" at the 3rd Street UPS Store approximately 21 times, each time paying a pick-up fee of $5.00. This included a pickup on February 21, 2018, which was three days after VICTIM 1 sent $200 to that location.

    9.   On February 16, 2018, BUCHANAN and/or VICTORINO began texting VICTIM 1 from phone number 424-738-8308, which is Subject Telephone 2 (the number BUCHANAN listed with his Craigslist account), demanding: "We need that payment sent out soon," and "Will give you 2 hours to reply" and instructed VICTIM 1 to send $200 to "Tyler Buchanan" at the 3rd Street UPS store.

    10.  On March 26, 2018, BUCHANAN and/or VICTORINO, using Subject Telephone 2, directed VICTIM 1 to send payment via Reloadit, texting VICTIM 1 specific instructions on how to acquire a "Reloadit" card, how to load the "Reloadit" card, and

how to locate and provide the personal identifying number

("PIN") number to BUCHANAN and/or VICTORINO.

     a.   On March 26, 2018, VICTIM 1 loaded $200 onto a

"Reloadit" card with a PIN 5624089354 and texted the PIN for

that card to the Target Subjects, who texted confirmation of the

payment the next day.

     b.   According to records I obtained from Blackhawk,

the parent company of Reloadit, the money paid by VICTIM 1 onto

the Reloadit pack with PIN 5624089354 was saved in a "safe"

associated with the email address "gregfranks42@gmail.com" later

that day, on March 26, 2018.

     c.   According to records I have received from Google,

the email account "gregfranks42@gmail.com" is used by BUCHANAN

and VICTORINO.  Numerous emails addressed to

"gregfranks42@gmail.com" displays the recipient name as "Chelsea

Victorino."  Emails sent to "gregfranks42@gmail.com" also

displays "Tyler Buchanan" as the recipient name.  Emails from

Twitter regarding a username of "@germanator88" were addressed

to "gregfranks42@gmail.com" with "Tyler" as the recipient.

     d.   The "gregfranks42@gmail.com" account includes

emails regarding the account activity of AmEx GPR card with

account number 372742015702878 ("AmEx GPR Card 1").  AmEx GPR

Card 1 is linked to the "gregfranks42@gmail.com" safe.  Records

I obtained from American Express for AmEx GPR Card 1 list

VICTORINO listed as the account holder and the number of Subject

Telephone 1 as the account telephone number.

e. Google also provided investigators with emails for "chelseafaith1967@gmail.com," which I believe is used by VICTORINO. This email account includes emails from the AmEx "Serve" application, which AmEx account users can use to transfer funds to and from AmEx debit accounts, like an AmEx GPR card. For example, I reviewed several emails in the "chelseafaith1967@gmail.com" account from Serve indicating that "Tyler Buchanan has sent you the following funds," and listing the particular dollar amount of the transfer.

11. On April 10, 2018, BUCHANAN and/or VICTORINO, using Subject Telephone 2, demanded more money from VICTIM 1, texting: "Trust us we want this to be over too. We both want this to be over. . . . We are asking nicely. There's two ways this can happen. We can do this one last deal and you'll be glad that its over and done with. You know the other way. . . . Its best for both of us we end this quietly. . . . You'll have to weigh the pros and cons. Neither of us want this to be public or end up in court. . . . You agree we don't want our families to know about this and we just want this to be over." BUCHANAN and/or VICTORINO assured VICTIM 1 that they would delete their text conversation from January 12 after they received this demanded payment.

a. Believing the threat and fearing that disclosure would result in reputational and financial harm, VICTIM 1 complied and sent a total of $1,800.00 using four Reloadit cards to BUCHANAN and/or VICTORINO.

b.   Specifically, VICTIM 1 loaded $500.00 onto three Reloadit cards, pin numbers 3309573214, 5649962098, and 3087580159.  VICTIM 1 also loaded $300.00 onto one Reloadit card with pin number 9654636084.

12.  BUCHANAN and/or VICTORINO continued to use Subject Telephone 2 to demand payments by VICTIM 1, who continued to pay out of fear of exposure.  On September 7, 2018, BUCHANAN and/or VICTORINO, using Subject Telephone 2, texted a demand for another $1,500 payment for the next month.  VICTIM 1 texted in response: "I'm not doing that.  You are getting greedy in this extortion.  I'll do the 400 I said I would."  Subject Telephone 2 eventually responded: "You are not the one in charge here.  You have the money.  You can send the little extra I ask or deal with the consequences," and later added:

> I've given you instructions.  So you refuse to comply then?  Stop talking to me like this.  I've asked very little of you and have been polite the entire time. You want this to stay between us then its 1000 in October, 500 Nov and 500 Dec.  Some people loose tens of thousands.  Im going VERY easy on you.

13.  On September 23, 2018, VICTIM 1 loaded $500 on a Reloadit card and texted the PIN to BUCHANAN and/or VICTORINO at Subject Telephone 2.  In response to further demands from BUCHANAN and/or VICTORINO's texts on Subject Telephone 2, VICTIM 1 made $500 Reloadit payments each on October 5, 2018, October 20, 2018, November 5, 2018, and November 26, 2018.

14.  On November 27, 2018, BUCHANAN and/or VICTORINO used Subject Telephone 2 to text VICTIM 1 that they were changing

phone numbers, then contacted VICTIM 1 using 424-332-7694
("Subject Telephone 3").

   a.   I have received phone records for Subject
Telephones 1 and 3 and confirmed that those two phone numbers
have the same International Mobile Equipment Identity ("IMEI"),
a unique number that identifies a particular cell phone.  This
indicates that BUCHANAN and VICTORINO were using the same
physical cell phone but switched the phone number for the phone.

   b.   Since November 2018, using Subject Telephone 3,
BUCHANAN and/or VICTORINO continue to demand Reloadit payments
from VICTIM 1, who, acting out of fear, has to date made regular
payments of $400 to $1250.

   c.   In August 2019, BUCHANAN and/or VICTORINO, using
Subject Telephone 3, demanded that VICTIM 1 make payments using
Bitcoin and texted instructions on how to do so.  BUCHANAN
and/or VICTORINO provided VICTIM 1 with several businesses in
Orange County, California, where VICTIM 1 resides, that trade in
Bitcoin.  Out of fear, VICTIM 1 complied, visited one of the
businesses and made a payment of $540 to BUCHANAN and/or
VICTORINO using Bitcoin.

   **B.   Reloadit Accounts**

   15.  On or about September 21, 2018, I requested the
Reloadit records relating to approximately 11 Reloadit pack PIN
numbers from VICTIM 1's payments.  On or about September 28,
2018, I received records indicating the following:

   a.   The money from those Reloadit packs was
transferred into two Reloadit safes, one associated with

"dylansoars53@gmail.com" and the other with
"gregfranks42@gmail.com."

b.   Both of these safes had only one GPR card listed
in each safe, and it was the same GPR card for both safes,
namely, AmEx GPR Card 1.

16.  On or about May 13, 2019, I requested Reloadit records
for all safes associated with AmEx GPR Card 1, as well as any
other records associated with "dylansoars53@gmail.com" and
"gregfranks42@gmail.com."  In response, I obtained Reloadit
records indicating the following:

a.   AmEx GPR Card 1 was associated with Reloadit
safes with emails "dylansoars53@gmail.com" and
"ianisaacson55@gmail.com."

b.   The safes with emails "gregfranks42@gmail.com"
and "ianisaacson55@gmail.com" are linked to a second GPR card,
namely, an American Express GPR card with account number
372742016920347 ("AmEx GPR Card 2").

c.   AmEx GPR Card 2 is also linked to Reloadit safe
with email "sexxxygregnyc@gmail.com".

d.   The Reloadit safe with email
"shanemalloy845@gmail.com[1]" was also linked to two Visa GPR cards
with account numbers 4039058825679462 ("Visa GPR Card 1") and
4039057648479498 ("Visa GPR Card 2"), respectively.

---

[1] This is the same email that BUCHANAN used for his
Craigslist account referenced above in paragraph 7.a, as well as
to communicate with the 3rd Street UPS Store referenced above in
paragraph 8.a.ii.

17.   The transaction records for the safes associated with "dylansoars53@gmail.com" and "gregfranks42@gmail.com" matched the payments made by VICTIM 1 by texting the Target Subjects the Reloadit packs' PIN numbers.   Records also showed that funds transferred into these safes were transferred to linked GPR cards.

18.   The Reloadit records include the location where a Reloadit pack was loaded with money that was then transferred into any of the safes described above, safes that I believe are controlled and operated by BUCHANAN and VICTORINO.   According to these records, between March 2018 and August 2018, BUCHANAN and VICTORINO obtained Reloadit payments from at least 12 cities throughout the country, including Austin, Texas; Deer Park, Utah; Draper, Utah; Houston, Texas; Laguna, California; Lebanon, Oregon; Minnetonka, Minnesota; Oshkosh, Wisconsin; Round Rock, Texas; Salt Lake City, Utah; Santa Monica, California; and West Islip, New York.   The payments from these areas is consistent with the payments by VICTIM 1 and VICTIM 2 (described further below).   Accordingly, I believe that BUCHANAN and VICTORINO are extorting victims from these cities and transferring the extortion proceeds into the Reloadit safes that they control and operate.

**C.   American Express Accounts**

19.   In November 2018, I obtained the following account information from American Express for AmEx GPR Card 1.

a.   The account subscriber information lists the following: "Chelsea Victorino," date of birth of May 13, 1994

14

and Social Security Number XXX-XX-0033; address of record: 488
Alexander Loop, Apartment 4208, Eugene, Oregon 97401; telephone
number (801) 641-6899, which is the number for Target Telephone
1, and email address: "gregfranks42@gmail.com."

b.    The American Express Account transaction report
displays numerous transactions.  Several transactions are listed
with a "Merchant" identified as "RELOADIT WEB – PLEASANTON."
These transactions are further identified with a Description:
"Cash Reload Transaction."  The transaction report shows that
money was received from "RELOADIT WEB – PLEASANTON" and added to
the American Express Card account balance.  Blackhawk Network,
the parent company of Reloadit, is based out of Pleasanton,
California 94588.

c.    The American Express Account transaction report
displays several payment transactions under the Description:
"Sent Money to shanemalloy845@gmail.com," and Account
Identifier: "shanemalloy845@gmail.com – Tyler Buchanan."

d.    The "Cash Reload" transactions show a positive
credit onto AmEx GPR Card 1.  The "Sent Money to Tyler Buchanan"
transactions show a negative credit (debit) of money from the
card.  The credits and debits are closely linked in amount,
date, and time on the GPR cards.  This pattern continues to the
last GPR card reporting in April 2019.

e.    From November 16, 2017 to November 19, 2017,
several transactions are listed with a "Merchant" identified as
"CRAIGSLIST INC."  These transactions are further identified
with a Description: "Store Purchase CRAGISLIST INC."

f.  As noted above, the "chelseafaith1967@gmail.com"
email account contained several emails from Serve confirming the
transfer of funds to and from AmEx GPR Card 1.  I have compared
these emails to emails from Serve in the
"shanemalloy845@gmail.com" email account used by BUCHANAN and
seen corresponding emails showing the transfer of funds from
BUCHANAN and AmEx GPR Card 2 to VICTORINO at AmEx GPR Card 1.
For example, on July 7, 2019, Serve sent
"shanemalloy845@gmail.com" an email linked to AmEx GPR Card 2
with Transaction ID X7BWRX4XZT confirming that BUCHANAN had sent
VICTORINO $20.30, and that this amount had been deducted from
his American Express Serve Account."  On the same date, Serve
sent "chelseafaith1967@gmail.com" an email linked to AmEx GPR
Card 1 with the same Transaction ID confirming that BUCHANAN had
sent AmEx GPR Card 1 a $20.30 transfer.

g.  In September 2018, there were several
transactions at Safeway Store 2631 in Beaverton, Oregon.  The
address of Safeway Store 2631 is 14555 SW Teal Boulevard,
Beaverton, Oregon 97007.

20.  On May 13, 2019, I obtained additional records from
American Express regarding AmEx GPR Card 1 and learned the
following:

a.  VICTORINO had updated her account information for
AmEx GPR Card 1 by changing the email address of record from
"gregfranks42@gmail.com" to "chelseafaith1967@gmail.com."

16

b.    AmEx GPR Card 1 was used to make several online purchases of makeup and skin care products in April 2019, including from online vendors Ulta, MAC, and Civant.

i.    According to records from Ulta that I have received and reviewed, on April 21, 2019, AmEx GPR Card 1 was used to purchase products in an online transaction with the following customer information and delivery address: Chelsea Victorino, at 1819 North Legends Pkwy, Apt 301, Coeur D'Alene, ID 83815, and "chelseafaith1967@gmail.com".

ii.    According to records from Civant that I have received and reviewed, on April 20, 2019, AmEx GPR Card 1 was used to purchase products in an online transaction with the following customer information and delivery address: Chelsea Victorino, at 1819 North Legends Parkway, Apartment 301, Coeur D'Alene, Idaho 83815, and "chelseafaith1967@gmail.com".

iii.    According to records I obtained from Macy's, AmEx GPR Card 1 was used for purchases on April 23, 2019, with the following customer information and delivery address: Chelsea Victorino, 1819 North Legends Parkway, Apartment 301, Coeur D'Alene, Idaho 83815, "chelseafaith1967@gmail.com".

D.    VICTIM 2

21.    In November 2018, Detective Gina Haws at the Draper Police Department in Draper, Utah, provided me with information regarding another victim, VICTIM 2, who was similarly extorted by BUCHANAN and VICTORINO between February 2018 and November 2018.

22.   I have spoken with VICTIM 2, who said that in or around February 2018, he responded to an ad on Backpage.com offering gay male massages of a sexual nature by texting the phone number on the ad, which was 571-234-8953.

    a.   VICTIM 2 then received a text message threatening to report him to the governor's office for soliciting prostitution unless he agreed to pay.

    b.   VICTIM 2, who has not revealed his sexual interest in men to his family or anyone else, feared that disclosure of this information would destroy his family.  He also was concerned that disclosure would harm his reputation in his business and that he would lose clients and jobs as a result.  Because he was afraid that disclosure would cause him reputational and financial harm, as well as possible exposure to criminal liability, he agreed to pay the extortionist, believed to be BUCHANAN and/or VICTORINO.

23.   BUCHANAN and VICTORINO's extortion scheme involving VICTIM 2 is nearly identical to that involving VICTIM 1.

    a.   According to the information provided by Detective Haws, VICTIM 2 made two payments of $1,000 each to a UPS store in Oregon (one of the locations to which VICTIM 1 sent a payment), and at least 17 payments (each ranging from $100 to $700) to the Target Subjects via Reloadit.

    b.   Detective Haws provided me with the PIN numbers for each of the Reloadit packs that VICTIM 2 used to pay the Target Subjects' extortion demands.  Reloadit records indicate that the money from these Reloadit cards were transferred to

18

safes associated with "gregranks42@gmail.com,"
"dylansars53@gmail.com," and "ianisaacson55@gmail.com,"
controlled by BUCHANAN and VICTORINO.

24.  Between February 2018 and October 2018, VICTIM 2 paid
BUCHANAN and VICTORINO approximately $8,500.

### E.  VICTIM 3

25.  On or about March 21, 2017, VICTIM 3, who resides in
Santa Monica, California, responded to a Craigslist bait
posted by BUCHANAN and VICTORINO; the ad featured a photograph
of a blonde woman who claimed to be looking to "hook up" in
Santa Monica.  VICTIM 3 called the listed contact number of 805-
250-1686 ("Subject Telephone 4") and hung up when no one
answered his call.  Soon after hanging up, VICTIM 3 received a
text message from Subject Telephone 4, which investigators
believe was sent from BUCHANAN or VICTORINO.

a.  BUCHANAN and/or VICTORINO, using Subject
Telephone 4, engaged VICTIM 3 in a text message conversation.
BUCHANAN and/or VICTORINO brought up several sexually explicit
topics and then appeared to agree to meet VICTIM 3 for sexual
services in exchange for $100.

b.  As soon as VICTIM 3 agreed to the $100
arrangement, BUCHANAN and/or VICTORINO, using Subject Telephone
4, threatened to report VICTIM 3 for soliciting prostitution.
BUCHANAN and/or VICTORINO, who had identified VICTIM 3 through
VICTIM 3's phone number, then confirmed they knew VICTIM 3's
identity and threatened to disclose their conversation to VICTIM

3's business associates and family unless VICTIM 3 agreed to pay them $2,500.

      c.   Fearing harm to his family, reputation, and business, as well as fearing potential criminal prosecution, VICTIM 3 agreed to pay BUCHANAN and VICTORINO. BUCHANAN and/or VICTORINO instructed VICTIM 3 to send a $1,500 cash payment to a UPS store in Oregon.

    26.  Using Subject Telephone 4, BUCHANAN and/or VICTORNIO continued to demand extortion payments from VICTIM 3. On August 17, 2017, and September 14, 2017, per BUCHANAN and/or VICTORINO's demands, VICTIM 3 sent such payments to the Eugene UPS Store, one of the locations that Subject Telephone 1 had instructed VICTIM 1 to send extortion payments.

    27.  In late August 2017, VICTIM 3 attempted to stop making payments. BUCHANAN and/or VICTORINO demanded: "We will settle for $600 or we will send that last conversation out everywhere!" BUCHANAN and/or VICTORINO added: "Wouldn't it be nice to not worry about it anymore," and "Mid month 600 or it's more fun to post it. . . . Your choice. We're being nice and waiting but if we don't get the 600 mid month you'll have a bigger problem then us." VICTIM 3, continuing to fear the harm that would result from disclosure of his conduct, agreed to and continued to make further payments to BUCHANAN and/or VICTORINO.

    28.  On December 13, 2017, BUCHANAN and/or VICTORINO switched to Subject Telephone 1 to communicate via text with VICTIM 3 to demand extortion payments.

29. On April 16, 2018, BUCHANAN and/or VICTORINO used Subject Telephone 1 to instruct VICTIM 3 to make the next extortion payment using Reloadit.

a. On April 16, 2018, VICTIM 3 followed the instructions by loading $400 on a Reloadit card and texting a photo of the scratched-off PIN number on the back of the card to Subject Telephone 1. Reloadit records indicate that the money from this card was transferred to the "gregfranks24@gmail.com" safe on or about April 25, 2018.

30. On June 30, 2018 VICTIM 3 texted BUCHANAN/VICTORINO that he did not have enough money to pay the amount that they had demanded. Using Subject Telephone 1, BUCHANAN and/or VICTORINO texted: "So let's get this straight. You live in Santa Monica one of the richest cities in the richest state in the US and you have no savings or any money in your bank account. Do explain because that is hard to believe." And "Went from 400 to 250 that's not gonna cut it, you obviously have more then that, the cost of living there is very expensive. Do we need to make you send pictures of your bank statements?"

a. Fearing the harm that could arise if BUCHANAN and VICTORNIO disclosed his conduct, as well as fear that they could access his bank records and other personal information, on or about July 30, 2018, VICTIM 3 followed the instructions by loading $300 on a Reloadit card and texting the information to BUCHANAN and VICTORNIO.

b. Reloadit records indicate that the money from this card, which had a proxy card number of 6039539513935242116,

21

was transferred to the "gregfranks24@gmail.com" safe on or about July 30, 2018. On July 30, 2018, Subject Telephone 1 texted VICTIM 3 to confirm receipt of the information.

31. On November 27, 2018, BUCHANAN and/or VICTORNIO used Subject Telephone 1 to notify VICTIM 3 (as they had with victim 1) that they were switching to a new phone, then texted VICTIM 3 from Subject Telephone 3.

32. According to VICTIM 3, BUCHANAN and/or VICTORINO continue to use Subject Telephone 3 to make extortion demands of VICTIM 3. To date, VICTIM 3 has paid approximately $12,800 in extortion payments to avoid disclosure of his response to the Craigslist ad and subsequent conversations.

### F. Craigslist Records

33. As noted above, I have obtained records from Craigslist. Specifically, on March 28, 2019, I obtained records indicating that AmEx GPR Card 1, which is the card associated with Reloadit safes controlled by BUCHANAN and VICTORINO, was used to purchase over 1,300 Craigslist advertisements between January 2015 and April 2018. A large percentage of the posts focus on male to male sexual contact and male massage. The posts are distributed to multiple cities across the United States, including Los Angeles, Orange County, and San Diego, and locations in Arizona, Pennsylvania, Utah, Oregon, Texas, North Carolina, Florida, New York, Minnesota, Colorado, and Maryland. The records for the posts indicate that BUCHANAN and VICTORINO were listed as the contacts of record for most of the ads; some of the ads did not list any names.

34.   The VICTORINO posts are linked to address "488 Alexander Loop, Eugene, Oregon" and various IP addresses.   A majority of the IP addresses originate in the Northwest part of the United States, more specifically Seattle, Washington and Kent, Washington..

35.   The BUCHANAN posts list the user address as "269 Sweet Jewel Street, Henderson, Nevada" and "2852 Willamette Street, Eugene."   The activity is traced back to various IP addresses.   A majority of the IP addresses originate in the Northwest part of the United States, more specifically Seattle, Washington and Kent, Washington.

### G.   Identification of BUCHANAN and VICTORINO

36.   Investigators have identified BUCHANAN from the Nevada driver's license that he used to rent a mailbox at the Eugene UPS store.   That driver's license listed an address on Sweet Jewel Street in Henderson, Nevada.

37.   Nevada Department of Motor Vehicles ("DMV") records indicate that VICTORINO has a Nevada driver's license with the same address of record.

38.   Investigators have found a Facebook profile for VICTORINO that feature photographs of a woman resembling VICTORINO's driver's license photograph.   VICTORINO's Facebook page indicates that VICTORINO is married to "Thuler O'Naill," and links to the Facebook page for "Thuler O'Naill."   The profile picture for this user features a man who matches BUCHANAN's DMV photograph.

39.     From transaction records for AmEx GPR Card 1, I learned that this card was physically swiped in a transaction on March 29, 2019, at a Safeway supermarket located at 121 Neider Avenue in Coeur d' Alene, Idaho (the "Idaho Safeway").

    a.     On or about May 10, 2019, the FBI obtained a copy of the surveillance video footage at the Idaho Safeway from March 29, 2019.

    b.     I have reviewed this video, and I saw a man I recognized as BUCHANAN enter the store at approximately 4:01 p.m. local time, use an ATM inside the store, and then engage with a Safeway employee at the customer service counter.

40.     On or about May 22, 2019, FBI SA Edward Jacobson conducted surveillance at 1819 North Legends Pkwy, Apt 301, Coeur D'Alene, which is the address that VICTORINO listed when making online purchases at Ulta, Macy's and Civant described above in paragraph 20.  During this surveillance, SA Jacobson observed a vehicle with Oregon license plates registered to BUCHANAN at the apartment building.

41.  Accordingly, law enforcement believes that BUCHANAN and VICTORINO are currently residing in Coeur d'Alene.

//

//

//

## VI. CONCLUSION

42. For all the reasons described above, there is probable cause to believe that BUCHANAN and VICTORINO have committed violations of the Subject Offenses.

/S/
_____
MATTHEW PARKER, Special Agent
Federal Bureau of
Investigation

Subscribed to and sworn before me
this 16 day of September, 2019.

Patrick J. Walsh
_____
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE